JAMES J. PATANE, Appellant, *v.* UNITED TRACTION COMPANY, Respondent.

*Negligence — motor vehicles — motor truck damaged by collision with trolley car — contributory negligence of driver.*

Patane v. *United Traction Co.*, 213 App. Div. 537, affirmed.

(Argued May 6, 1926; decided May 25, 1926.)

APPEAL from a judgment, entered July 17, 1925, upon an order of the Appellate Division of the Supreme Court in the third judicial department, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint. The action was brought to recover damages to an automobile truck owned by plaintiff as the result of a collision with a trolley car of the defendant at the intersection of Western avenue and Euclid avenue, in the city of Albany. It appeared that the accident happened in the daytime and that the driver of the truck could see the car approaching when thirty feet from the track. He testified that he was looking all the while and thought he had plenty of time. The Appellate Division held him to be guilty of contributory negligence.

*Henry J. Crawford* for appellant.

*J. Stanley Carter* and *Charles P. Jones* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MC-LAUGHLIN and LEHMAN, JJ. Dissenting: CRANE, J. Absent: ANDREWS, J.

---

TUTTLE CORPORATION, Appellant, *v.* THE PENNSYLVANIA RAILROAD COMPANY, Respondent.

*Conversion — carriers — trial — action to recover for alleged conversion of coal delivered to railroad for transportation — dismissal of complaint on it appearing that coal had been diverted in accordance with rules of association of which plaintiff was member but similar quantity and quality of coal delivered to it — right of plaintiff to show value of coal in proof of damage.*

Tuttle Corp. v. *Pennsylvania R. R. Co.*, 215 App. Div. 767, affirmed.

(Argued May 6, 1926; decided May 25, 1926.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial